**IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 11-cv-00589 RPM-KLM

Christopher Palmer,

    Plaintiff/Movant,

. Delanor, Kemper & Associates, LLC,

    Defendants.

---

**PLAINTIFF'S MOTION FOR CONTINUANCE AND REQUEST
TO RESET SCHEDULING CONFERENCE**

1. The Plaintiff hereby requests this Court continue the Scheduling Conference currently set for May 16, 2011 at 10 a.m. and reset the conference to a date to be determined by the Court in the above titled action.  Plaintiff asks that the Court extend the date for the conference at least 45 days.

2. This is a case filed under the Fair Debt Collections Act, 15 U.S.C. § 1692, *et seq*. ("FDCPA") and the Colorado Fair Debt Collection Practices Act, Colo. Rev. Stat. § 12-14-101, *et seq*. ("CFDCPA").

3. The Plaintiff has experienced some delay in serving the summons and complaint upon the Defendant.  The Plaintiff conducted a business entity search on the Defendant and an address of 2221 Peachtree Rd., Ste. 473, Atlanta, GA 30309 showed as the corporate office with the Georgia Secretary of State, and on the Defendant's web site as well. Service of process was not successful due to the fact that the listed address with the Georgia Secretary of State and the Defendant's web site is a UPS mail box. Plaintiff has Ste. 423, Atlanta, GA 30034 as a good address and will attempt to re-serve the

1

Defendant. Plaintiff has just come into possession of the address and needs time to effectuate service. As the Scheduling Conference is currently scheduled at a time prior to when the Defendant is expected to answer, the Plaintiff requests that the conference originally scheduled for May 16, 2011 at 10 a.m. be continued and reset to a date determined by the Court.  Plaintiff requests that the Court extend the conference for at least 45 days to allow Plaintiff time to serve Defendant and for Defendant to answer the lawsuit.  This request for continuance is not for delay only, but that justice may be done.

Dated: April 29, 2011

        Respectfully submitted,

        By   /s/ Dianne Zarlengo

        Dianne Zarlengo, Esq.
        Bar Number: 31385
        2800 So. University Blvd., Ste. 66
        Denver, Colorado 80210
        (303) 748-3513
        dzlegal@gmail.com
        Attorneys for Plaintiff

        Of Counsel To:
        LEMBERG & ASSOCIATES L.L.C.
        A Connecticut Law Firm
        1100 Summer Street, 3rd Floor
        Stamford, CT 06905
        Telephone: (203) 653-2250
        Facsimile: (877) 795-3666
        ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2011, a true and correct copy of the foregoing Motion for Continuance and Request to Reset Conference was filed electronically with the U.S. District Court for the District of Colorado.

Date:  April 28, 2011

                                        By   /s/ Dianne Zarlengo
                                            Dianne Zarlengo