## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 11-cv-00589-RPM -KLM

CHRIS PALMER,

     Plaintiff,

DELANORE, KEMPER & ASSOCIATES,
LLC,

     Defendant.

---

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

---

COMES NOW the Plaintiff by his undersigned attorney of record who hereby notifies the

Court that the parties have settled this case pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) hereby

dismisses this case with prejudice and on the merits pursuant hereto with each party to pay his or

its own attorney's fees and costs.

Dated: July 12, 2011

Respectfully submitted,

/s/ Dianne Zarlengo_____
Dianne Zarlengo, Esq.
Bar Number: 31385
2800 So. University Blvd., Ste. 66
Denver, Colorado 80210
(303) 748-3513
dzlegal@gmail.com
Attorneys for Plaintiff

Of Counsel To:
LEMBERG & ASSOCIATES L.L.C.

1

2

A Connecticut Law Firm
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (877) 795-3666

2